IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00724-BNB

JAMES ALLEN BRAXTON,

Applicant,

v.

KEVIN MILYARD, and
JOHN WESLEY SUTHERS, Attorney General of the State of Colorado,

Respondents.

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant James Allen Braxton is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Braxton has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his state court criminal conviction. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Braxton previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Braxton v. Furlong*, No. 01-cv-02033-MSK-BNB (D. Colo. Nov. 22, 2002). Mr. Braxton alleges in the application that he challenged the validity of the same state court criminal conviction In 01-cv-02033-MSK-BNB. The habeas corpus application in 01-cv-02033-MSK-BNB was dismissed in part on the merits and in part as procedurally barred. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Braxton must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Braxton does not allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See **Coleman v. United States***, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00724-BNB

James A. Braxton
Doc No. 46401
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk